UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CASE NO. 06-00450-001 (WHW)

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

BEATRIZ CALDERON,

    Defendant.

_____/

### ORDER GRANTING THE RETURN OF DEFENDANT, BEATRIZ CALDERON'S PASSPORT

THIS CAUSE having come before the Court on the motion of Defendant, BEATRIZ CALDERON, for return of her passport and the court having reviewed the file and being fully advised of the premises herein, and having no objection from U.S. Pretrial Service Officer, Angel Matos or Assistant U.S. Attorney, Margaret Mahoney, it is hereby:

**ORDERED AND ADJUDGED** that the Defendant's passport be returned to her through her counsel, Robert A. Rosenblatt, forthwith.

**DONE AND ORDERED** in chambers in Newark, New Jersey, this 24 day of June, 2008.

_____
WILLIAM H. WALLS
United States District Court Judge for the
District of New Jersey

cc:    Robert A. Rosenblatt, Esq.
        Margaret Mahoney, AUSA
        Angel Matos, PTS